UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS BENSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-2495-TLN-KJN PS<br><br><br><br>ORDER |

On February 10, 2015, the undersigned issued findings and recommendations recommending that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiffs' multiple failures to timely file an opposition or statement of non-opposition to defendants' pending motion to dismiss. (ECF No. 17.) On February 11, 2015, defendants filed a notice of settlement of the entire action. (ECF No. 18.) Therein, defendants represent that they "have reached a resolution of the claims alleged by Plaintiffs" and that "[t]he parties are in the process of finalizing the confidential, written settlement agreement and anticipate that a request for dismissal of the above-captioned action, in its entirety, and with prejudice, will be filed within the next twenty-one (21) days." (Id. at 2.)

////

////

1

In light of the notice of settlement and defendants' representation that a voluntary request for dismissal will be filed within twenty-one days, the February 10, 2015 findings and recommendations (ECF No. 17) are hereby VACATED.

Dated: February 19, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE